PER CURIAM.
As we have held before, the Florida Sexual Predators Act, does not deny procedural due process under the Florida Constitution. White v. State, 866 So.2d 703 (Fla. 4th DCA 2003), Reyes v. State, 854 So.2d 816 (Fla. 4th DCA 2003), Jones v. State, 855 So.2d 715 (Fla. 4th DCA 2003). See also Therrien v. State, 859 So.2d 585 (Fla. 1st DCA 2003); Martin v. State, 864 So.2d 589, 589 (Fla. 5th DCA 2004); Givens v. State, 851 So.2d 813 (Fla. 2d DCA 2003). Accordingly, we affirm the order denying relief. Again, we certify conflict with Espindola v. State, 855 So.2d 1281 (Fla. 3d DCA 2003).
FARMER, C.J., GUNTHER and HAZOURI, JJ., concur.